# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

'08 MJ 8476

Magistrate Case Number: _____

The person charged as <u>Juan Carlos Villa-Gutierrez</u> now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the <u>Eastern</u> District of <u>California</u> with <u>Deported Alien Found In The United States</u>, in violation of <u>Title 8, United States Code, 1326</u>

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 5-27-08

_____
Carlos Sanchez
(Name) Deportation Officer

Reviewed and Approved:

Dated: 5-27-08

_____
Assistant United States Attorney
JOHN F. WEIS

FILED
MAY 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case 1:08-cr-00143-OWW   Document 2 *SEALED* (Court only)   Filed 05/08/2008   Page 1 of 1

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**ISSUED**

USA,

v.

**WARRANT FOR ARREST**

**JUAN CARLOS VILLA-GUTIERREZ,**

Case Number: **1:08-CR-00143-OWW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Juan Carlos Villa-Gutierrez,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Violation Petition   ☐ Other _____

charging him or her with (brief description of offense)

**Deported Alien Found in the United States**

in violation of Title **8** United States Code, Section(s) **1326(a)**

| E. Scrivner | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 5/8/08   Fresno |
| Signature of Issuing Officer | Date and Location |

Bail fixed at   **$No Bail**   by   **Magistrate Judge Sandra M. Snyder**

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| 5-27-08 | RINGO ROSAS , DEPORTATION OFFICER |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 5-27-08 | [signature] Ringo Rosa |
| Date of Arrest | Signature of Arresting Officer |

JL6

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
```

**FILED**

MAY - 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  C. ESTEVES
         DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN CARLOS VILLA-GUTIERREZ ) <br> aka Juan Carlos Villa, ) <br> ) <br> Defendant. ) | 1:08 CR 00143 OWW <br><br> CR. NO. <br><br> VIOLATION: <br> 8 U.S.C. § 1326(a) and (b)(2) <br> - Deported Alien Found in the <br> United States (Felony) |

# I N D I C T M E N T

The Grand Jury charges: T H A T

JUAN CARLOS VILLA-GUTIERREZ
aka Juan Carlos Villa,

defendant herein, an alien, on or about April 16, 2002, was excluded, deported, or removed from the United States after being convicted of one or more crimes punishable by a term of imprisonment exceeding one year, specifically:

    Battery with serious bodily injury in violation of California Penal Code § 243(d), on or about January 19, 1999, in the Superior Court of San Joaquin County, California, and the defendant was sentenced to three years imprisonment (Case No. SF075446A);

1

1  and thereafter on or about May 16, 2007, the defendant was found
2  within the State and Eastern District of California, with neither
3  the United States Attorney General or the Secretary of the
4  Department of Homeland Security having expressly consented to a
5  reapplication by the defendant for admission into the United
6  States, in violation of Title 8, United States Code, Section
7  1326(a) and (b)(2).
8
9                                              A TRUE BILL.
10
11                                         /s/ Signature on file w/AUSA
                                           _____
12  McGREGOR W. SCOTT                      FOREPERSON
    United States Attorney
13
14  By: ____Sheila K. Oberto_____
15      MARK E. CULLERS
        Assistant U.S. Attorney
16      Chief, Fresno Office
17
18
19
20
21
22
23
24
25
26
27
28